UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO.: 19-2666(DSD/HB)

Ricky Lee Collins, Jr.,

    Petitioner,

v.        **ORDER**

Warden T. Beltz,

    Respondent.

    This matter is before the court upon the objections by pro se plaintiff Ricky Lee Collins, Jr. to the May 29, 2020, report and recommendation of Magistrate Judge Hildy Bowbeer (R&R). The magistrate judge recommends that the court dismiss the case and deny Collins's pending motions to expand the record, for discovery, and to amend the discovery request. Collins timely submitted objections to the R&R, but those objections are not directly responsive to the R&R and instead simply restate certain facts he believes support his claim.

    The court reviews the R&R de novo. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b); D. Minn. L.R. 72.2(b). After a thorough review of the file and record, the court finds that the R&R is well-reasoned and correct. Accordingly, **IT IS HEREBY ORDERED** that:

    1.    The objection to the R&R [ECF No. 22] is overruled;

    2.    The R&R [ECF No. 21] is adopted in its entirety;

    3.    The petition for writ of habeas corpus [ECF No. 1] is denied;

    4.    The motion to expand record [ECF No. 11] is denied;

    5.    The motion for discovery [ECF No. 18] is denied;

    6.    The motion to amend discovery request [ECF No. 20] is denied;

    7.    A certificate of appealability shall not issue; and

    8.    The action is dismissed with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: June 11, 2020

                                            s/David S. Doty
                                            David S. Doty, Judge
                                            United States District Judge